[No. 52681-2-I.  Division One.  June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KEINA YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07218-4, Deborah D. Fleck, J., entered June 25, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52683-9-I.  Division One.  June 1, 2004.]

THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Respondent*, v. COCO'S RESTAURANT, INC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25043-1, Linda Lau, J., entered June 20, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Grosse, J.

[No. 52725-8-I.  Division One.  June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY THOMAS NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-01300-7, LeRoy McCullough, J., entered July 29, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52786-0-I.  Division One.  June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS RAY CLINE, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Cowlitz County, Nos. 01-1-00972-6 and 01-1-00970-0, James J. Stonier, J., entered April 2 and 4, 2002. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished per curiam opinion.